**John CUZDEY, III, Petitioner—Appellant,**

v.

**John IGNACIO, et al., Respondents—Appellees.**

No. 02–15004.

D.C. No. CV–00–00091–ECR.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted April 3, 2003.

Decided May 5, 2003.

Before B. FLETCHER, KOZINSKI and TROTT, Circuit Judges.

### MEMORANDUM*

Petitioner relied on the district court's incorrect advice and is thus entitled to equitable tolling during the time his first federal petition was pending. *See Smith v. Ratelle*, 323 F.3d 813, 819 (9th Cir.2003) (finding equitable tolling where the district court "provided a misleading explanation of [petitioner's] options to avoid a procedural default"); *see also Ford v. Hubbard*, 305 F.3d 875, 889 n. 14 (9th Cir.2002) (noting the "district court's error in failing properly and fully to inform [petitioner] about his options with respect to the mixed petitions and in misleading him as to the legal effect of a dismissal of his petitions" justified equitable tolling). Because the

---

tolling rendered petitioner's claim timely, the court below erred by dismissing it.

**REVERSED.**

---

* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.